UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:   MATHEW B MCCARTNEY                                            CASE NO:   12-90509
         KATHLEEN A MCCARTNEY

Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2015, a copy of the ORDER TO EMPLOYER TO PAY THE TRUSTEE was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

MATHEW B MCCARTNEY
238 WATER STREET
LAWRENCEBURG IN   47025-

KATHLEEN A MCCARTNEY
238 WATER STREET
LAWRENCEBURG IN   47025-

CFA STAFFING
ATTN: PAYROLL DEPT- CONFIDENTIAL
7846 US 42
FLORENCE, KY   41042-

  /s/ Joseph M. Black, Jr.
Joseph M. Black, Jr., Trustee
PO Box 846
Seymour, IN 47274
Phone: (812)524-7211
Fax:   (812)523-8838
Email:jblacktrustee@trustee13.com